UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRON WORKERS' LOCAL NO. 25
PENSION FUND, et al.

Plaintiffs,

Case No.: 2:04-cv-72536
Hon. Matthew F. Leitman

v.

STEEL STRUCTURES, INC., et al.,

Defendants.
_______________________________________/

**ORDER OF RENEWED JUDGMENT AGAINST DEFENDANTS STEEL STRUCTURES, INC. AND JOSEPH FIREK**

This matter having come before the Court upon Plaintiffs' Ex-Parte Motion to Renew Judgment against Defendants Steel Structures, Inc. and Joseph Firek, and the Court being otherwise fully advised in the premises;

***IT IS HEREBY ORDERED*** that the Order of Renewed Judgment entered on August 30, 2016 is hereby renewed and entered against Defendants Steel Structures, Inc. and Joseph Firek for the remaining balance on the Judgment in the amount of $299,379.77 plus Judgment interest.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 24, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126